Per Curiam.

(No. 6308

Lawrence Jones, Claimant, *vs.* State of Illinois, Department of Children and Family Services, Respondent.

*Opinion filed December 15, 1972.*

LAWRENCE JONES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.